NUMBERS

13-05-633-CV

13-06-030-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

RUBEN ALVEAR, ET AL.,                                         Appellants,

 

                                           v.

 

AQUA
CHEM D/B/A CLEAVER BROOKS DIVISION,          Appellee.

_______________________________________________________

 

                 On appeal from the 319th
 District Court

                           of Nueces
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief
Justice Valdez and Justices Yañez and Garza

                       Memorandum Opinion Per
Curiam

 








Appellants, RUBEN ALVEAR, ET AL., perfected an appeal from a judgment entered
by the 319th District Court of Nueces County,
Texas, in cause number 98-05955-G.  After the notice of appeal was filed,
appellee, Aqua Chem d/b/a Cleaver Brooks Division, filed a motion requesting
that this Court sever and dismiss it from this appeal.  In the motion, appellee states that
appellants agreed to nonsuit it from this matter prior to hearing and
mistakenly included it as a party to the appeal.  Appellee requests that this Court sever and
dismiss Aqua Chem d/b/a Cleaver Brooks Division from this appeal.  Appellants= appeal against appellee, AQUA CHEM
D/B/A CLEAVER BROOKS DIVISION, is severed from the original appeal and is
docketed under cause number 13-06-030-CV.

Having considered
appellee=s motion to dismiss
the appeal and the documents on file, this Court is of the opinion that the
motion should be granted.  The motion to
dismiss appellants= appeal against
appellee, AQUA CHEM D/B/A CLEAVER BROOKS DIVISION, is hereby
granted.  The appeal against appellee, AQUA CHEM D/B/A CLEAVER BROOKS DIVISION, in cause number
13-06-030-CV is ordered DISMISSED.  

The remaining issues
in the appeal will remain docketed under cause number 13-05-633-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 2nd day of February, 2006.